JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT

January 19, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JD___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON PULLEY, ) | Case No. CV 15-07024-CAS (KES) |
| Petitioner, ) | |
| vs. ) | **JUDGMENT** |
| STATE HOSPITAL, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed without prejudice.

DATED: <u>January 13, 2016</u>

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE